# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED TRIFFON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER LENDER SERVICES, et al.,<br><br>　　　　　Defendants. | **15-cv-00761 AWI-GSA**<br><br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

　　　Plaintiff Ted Triffon ("Plaintiff") filed a complaint and an application to proceed in forma pauperis on May 19, 2015. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　Dated:　**May 21, 2015**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1